# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH STURGILL<br>          Plaintiff,<br>v.<br>ANDREW SAUL, Commissioner of Social Security[*]<br>          Defendant. | CIVIL ACTION NO. 18-2392 |

## ORDER

**AND NOW**, this 27th day of January 2020, in accordance with the Court's separate Order granting Plaintiff's request for review and remanding the case to the Commissioner, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED** that **JUDGMENT IS ENTERED IN FAVOR OF** Plaintiff and **AGAINST** Defendant. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

                                                        **BY THE COURT:**

                                                        /s/ Cynthia M. Rufe
                                                        _____
                                                        **CYNTHIA M. RUFE, J.**

---

[*] Substituted pursuant to Fed. R. Civ. P. 25(d).